FILED

MAY 12 2008

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION
* * * * * * * * * * * * *

IN RE:                        :       CASE NO. 08BK-10334

TIMOTHY SCOTT HARDY     :       CHAPTER 13
     Debtor

### AMENDED SCHEDULE F

NOW INTO COURT, through undersigned counsel comes Timothy Scott Hardy, Debtor herein, who respectfully moves this Court to amend Schedule F as follows:

### PLEASE SEE ATTACHED

Respectfully submitted this 9th day of May, 2008.

SIMON, FITZGERALD, COOKE, REED & WELCH

BY: _____
Paul M. Cooke – #4311
4700 Line Ave., Ste. 200
Shreveport, LA 71106
Telephone: (318) 868-2600

### DECLARATION UNDER PENALTY OF PERJURY BY DEBTOR(S)

I declare under penalty of perjury that I have read Amended Schedule F consisting of 5 sheets including this one, and that they are true and correct to the best of my knowledge, information and belief.

Dated: 5/9/08                      _____
                                              Timothy Scott Hardy

In re   Timothy Scott Hardy                                                      Case No.   08-10334
                                      Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx2416xxxx  American General Finance 600 N. Royal Ave. Evansville, IN 47715 | | - | Account | | | | 3,061.00 |
| Account No. xxxx-xxxx-xxxx-5630  Bank of America PO Box 17054 Wilmington, DE 19884 | | - | Account | | | | 5,948.00 |
| Account No. xx4003  Bossier F.C.U. 1961 Airline Dr. Bossier City, LA 71112 | | - | Account | | | | 4,492.00 |
| Account No.  Brentwood Hospital 1006 Highland Ave Shreveport, LA 71101 | | - | Account | | | | 1,249.00 |
| _2_ continuation sheets attached | | | | | Subtotal (Total of this page) | | 14,750.00 |

In re  Timothy Scott Hardy  
Debtor

Case No.  08-10334

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Donald R. Miller <br> Attorney at Law <br> 3320 Youree Dr. <br> Shreveport, LA 71105-2116 | | - | Attorney Fees | | | | 1,075.00 |
| Account No. <br> Ford Motor Credit <br> POB 152271 <br> Irving, TX 75015 | | - | Notice Only | | | | 0.00 |
| Account No. <br> GEMB/JC Penney <br> POB 981131 <br> El Paso, TX 79998 | | - | Account - Paid by Spouse | | | | 0.00 |
| Account No. <br> Navy FCU <br> PO BOX 3503 <br> Merrifield, VA 22119-3503 | | - | Account | | | | 11,394.00 |
| Account No. <br> Navy FCU <br> POB 3600 <br> Merrifield, VA 22116 | | - | Account | | | | 23,974.00 |

Sheet no. 1 of 2 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  36,443.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Timothy Scott Hardy                                  Case No.  08-10334
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Shenandoah Villas<br>c/o Meridian Financial Services<br>21 Overland Industrial Blvd.<br>POB 1410<br>Asheville, NC 28802-1410 | | - | Collection Account | | | | 603.59 |
| Account No.<br>Wells Fargo Financial<br>1619 Kings Highway<br>Shreveport, LA 71103 | | - | Account | | | | 768.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   1,371.59

Total (Report on Summary of Schedules)   52,564.59

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

* * * * * * * * * * * * *

IN RE: : CASE NO. 08BK-10334

TIMOTHY SCOTT HARDY : CHAPTER 13
    Debtor

### CERTIFICATE

I, the undersigned, hereby certify that a copy of the foregoing "Amendment to Schedule F" has been served upon:

Mr. Timothy Scott Hardy
7820 Millicent Way, #410
Shreveport, LA 71105

Shenandoah Villas
c/o Meridian Financial Services
21 Overland Industrial Blvd., Bldg 1
POB 1410
Asheville, NC 28802-1410

Ms. Lucy G. Sikes
Chapter 13 Trustee
POB 1770
Shreveport, LA 71166-1770

Office of the U.S. Trustee
Federal Building
300 Fannin St., Ste. 3196
Shreveport, LA 71101

by placing same in the United States Mail, postage pre-paid.

Shreveport, Louisiana this 12th day of May, 2008.

_____
Debbie G. Brown, Legal Assistant
to Paul M. Cooke