# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION
***************************

| | | |
|---|---|---|
| IN RE: **Timothy Scott Hardy** | : | Case No: 08-10334 |
| | : | |
| Debtor(s) | : | Chapter 13 |

## VERIFICATION OF AMENDED SCHEDULE(S)

NOW INTO COURT, through undersigned counsel, comes **Timothy Scott Hardy**, Debtor(s) herein, who respectfully amend the previously filed Schedule(s) I & J to reflect the change of circumstances in the household.

1.

Debtor(s) have filed Amended Schedule(s) I & J, attached hereto.

WHEREFORE, Debtor prays that these changes reflected in the Amended Schedule(s) I & J are hereby allowed and that any pending modification be confirmed, as filed.

Respectfully submitted this July 22, 2008.

    SIMON, FITZGERALD, COOKE, REED & WELCH

    BY:   /s/ L. Laban Levy for
    L. Laban Levy, LA Bar # 28658
    Paul M. Cooke, LA Bar # 4311
    for Counsel of Record
    4700 Line Ave., Ste. 200
    Shreveport, LA 71106
    Telephone: (318) 868-2600
    ATTORNEYS FOR DEBTORS

      /s/ Timothy Hardy
    Timothy Scott Hardy: Debtor

**B6I (Official Form 6I) (12/07)**

In re **Timothy Scott Hardy**      Case No. **08-10334**
                             Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** | AGE(S): **6** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sr. Systems Administrator** | **Temporary Employee** |
| Name of Employer | **Computer Science Corp** | **Jean Simpson** |
| How long employed | **3 years** | |
| Address of Employer | **245 David Ave. East** <br> **Barksdale Afb, LA 71110** | **1318 Shreveport Barksdale** <br> **Shreveport, LA 71105** |

| | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **5,189.25** | $ **1,239.33** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **5,189.25** | $ **1,239.33** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **1,070.49** | $ **186.33** |
|     b. Insurance | $ **389.39** | $ **0.00** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **1,459.88** | $ **186.33** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **3,729.37** | $ **1,053.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): **Military Reserves** | $ **350.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **350.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **4,079.37** | $ **1,053.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **5,132.37** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
     **-NONE-**

**B6J (Official Form 6J) (12/07)**

In re **Timothy Scott Hardy**        Case No. **08-10334**
                 Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 735.00 |
|   a. Are real estate taxes included?    Yes ___    No **X** | |
|   b. Is property insurance included?    Yes ___    No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | $ 150.00 |
|                b. Water and sewer | $ 35.00 |
|                c. Telephone | $ 150.00 |
|                d. Other **Cable and/or Satellite** | $ 80.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 600.00 |
| 5. Clothing | $ 75.00 |
| 6. Laundry and dry cleaning | $ 30.00 |
| 7. Medical and dental expenses | $ 50.00 |
| 8. Transportation (not including car payments) | $ 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|                a. Homeowner's or renter's | $ 0.00 |
|                b. Life | $ 0.00 |
|                c. Health | $ 0.00 |
|                d. Auto | $ 150.00 |
|                e. Other _____ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|                (Specify) _____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|                a. Auto | $ 0.00 |
|                b. Other **Wife's Vehicle** | $ 430.00 |
|                c. Other **Wife's Loans, Medical Exp., Student Loan & Credit Cards** | $ 655.00 |
| 14. Alimony, maintenance, and support paid to others | $ 650.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other **Haircuts, Personal, Misc., Cigarettes, etc.** | $ 94.37 |
|      Other _____ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 4,134.37 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
     **-NONE-**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 5,132.37 |
| b. Average monthly expenses from Line 18 above | $ 4,134.37 |
| c. Monthly net income (a. minus b.) | $ 998.00 |

IN RE: **Timothy Scott Hardy** : Case No: 08-10334
:
**Debtor(s)** : Chapter 13

## C E R T I F I C A T E

      I, the undersigned, hereby certify that a copy of the "Verification of Amended Schedule I and Schedule J" has been served upon:

Mr. Timothy Hardy
7820 Millicent Way, #410
Shreveport, LA 71105

| | |
|---|---|
| Office of the U.S. Trustee | Ms. Lucy Sikes |
| Federal Building | Chapter 13 Trustee |
| 300 Fannin St., Ste. 3196 | POB 1770 |
| Shreveport, LA 71101 | Shreveport, LA 71166 |

by placing same in the United States Mail, postage pre-paid.

      Shreveport, Louisiana this 22nd day of July, 2008.

                      **/s/Amy L. Wiedeman**
                  _____
                        Amy L. Wiedeman,
        Legal Assistant to Paul M. Cooke/L. Laban Levy