# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

******************************

| | | | |
|---|---|---|---|
| IN RE: | Timothy Scott Hardy | : | Case No: 08-10334 |
| | | : | |
| | Debtor(s) | : | Chapter 13 |

## ADDENDUM TO AMENDED CHAPTER 13 PLAN
## APPLICATION AND NOTICE FOR ATTORNEY'S FEES

Attorney for the Debtor(s), Paul M. Cooke and Jennifer L. Purnell, hereby requests Court approval of additional attorney's fees and expenses in the amount of **$950.00**. The Court has previously authorized fees in the amount of **$3,975.00**. The attorney's fee requested in this application includes charges for professional services and expenses in connection with the Modification to Chapter 13 plan.

The following reflects the estimated time and expenses likely to be expended in connection with this proceeding. The hourly rate charged by Paul M. Cooke is $300.00. The hourly rate charged by Jennifer L. Purnell is $225.00. Paralegals and legal assistants for the firm bill at $75.00 per hour.

| **Task (Actual Time):** | **Initials:** | **Date:** | **Time (in hrs.):** | **Rate (per hour):** | **Amount:** |
|---|---|---|---|---|---|
| A. Retrieve docket report, trustee report and claims register for consultation. | JF | | .25 | $75.00 | $18.75 |
| B. Conference with client regarding plan modification | JLP | | 1.0 | $225.00 | $225.00 |
| C. Review of previously filed court documents, correspondence, claims register and Trustee's reports. | JLP | | .75 | $225.00 | $168.75 |
| D. Calculation of the modification's terms and drafting of the same and/or motions, objections to claims or amended schedules. | JLP | | .75 | $225.00 | $168.75 |
| E. Dictation of instructions to legal assistant for preparation of plan modification and/or motions, objections to claims or amended schedules. | JLP | | .50 | $225.00 | $112.50 |
| F. Preparation of plan modification, fee addendum and/or motions, objections to claims or amended schedules. | JF | | .75 | $75.00 | $56.25 |
| G. Review and revision of plan modification, fee addendum and/or motions, objections or amended schedules and instructions to legal assistants. | JLP | | .50 | $225.00 | $112.50 |
| H. Final preparations of plan modification, fee addendum and/or motions, objections or amended schedules. | JF | | .25 | $75.00 | $18.75 |

| | | | | |
|---|---|---|---|---|
| **I.** Final review of plan modification, fee addendum and/or motions, objections or amended schedules and signing of the same. | JLP | .25 | $225.00 | $56.25 |
| **J.** Electronic filing of plan modification fee addendum and/or motions, objections or amended schedules. | JF | .75 | $75.00 | $56.25 |
| **TOTAL ATTORNEY'S FEES** | | | | **$993.75** |

**Expenses:**

| | |
|---|---|
| Copies (Estimated) | $13.00 |
| Postage (Estimated) | $12.00 |
| **TOTAL ESTIMATED EXPENSES** | **$25.00** |
| **TOTAL ATTORNEY'S FEES & EXPENSES** | **$1,018.75** |
| **ACTUAL FEES REQUESTED** | **$950.00** |

WHEREFORE, Paul M. Cooke and Jennifer L. Purnell, attorney for the Debtor, requests additional attorney fees be paid in full, in priority, pursuant to 11 U.S.C. §507, in the amount of **$950.00**.

**DATED**: May 12, 2009

*Jennifer L. Purnell for*
BY: /s/
**Jennifer L. Purnell, # 26475**
**Paul M. Cooke, # 4311**
**Attorney for the Debtor(s)**