UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**************************

IN RE: Timothy S. Hardy : Case No: 08-10334
:
Debtor(s) : Chapter 13

## VERIFICATION OF AMENDED SCHEDULE(S)

NOW INTO COURT, through undersigned counsel, comes **Timothy S. Hardy**, Debtor(s) herein, who respectfully amend the previously filed Schedule(s) I & J to reflect the change of circumstances in the household.

1.

Debtor(s) have filed Amended Schedules(s) I & J, attached hereto.

WHEREFORE, Debtor prays that these changes reflected in the Amended Schedule(s) I & J are hereby allowed and that any pending modification be confirmed, as filed.

Respectfully submitted this May 22, 2009

SIMON, FITZGERALD, COOKE, REED & WELCH

By: /s/ Jennifer L. Purnell
Jennifer L. Purnell, LA Bar #26475
Paul M. Cooke, LA Bar # 4311
for Counsel of Record
4700 Line Avenue, Ste. 200
Shreveport, LA 71106
Telephone: (318) 868-2600
ATTORNEYS FOR DEBTOR

/s/ Timothy S. Hardy

Timothy S. Hardy: Debtor

B6I (Official Form 6I) (12/07)

In re  Timothy Scott Hardy  Case No. 08-10334
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE ||
|---|---|---|
| Married | RELATIONSHIP(S): Daughter | AGE(S): 6 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Temporary Employee | Temporary Employee |
| Name of Employer | Valdell Addison Group | Addison Group |
| How long employed | | |
| Address of Employer | | Shreveport, LA 71105 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 3,750.00 | $ 2,041.66 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 3,750.00 | $ 2,041.66 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 675.72 | $ 367.75 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 675.72 | $ 367.75 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 3,074.28 | $ 1,673.91 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): **Military Reserves** | $ 350.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 350.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 3,424.28 | $ 1,673.91 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 5,098.19 ||

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    -NONE-

In re  **Timothy Scott Hardy**                                                                 Case No. __08-10334__
                                            Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 800.00 |
| a. Are real estate taxes included?  Yes ___   No _X_ | |
| b. Is property insurance included?  Yes ___   No _X_ | |
| 2. Utilities:  a. Electricity and heating fuel | $ 170.00 |
| b. Water and sewer | $ 0.00 |
| c. Telephone | $ 150.00 |
| d. Other  **Cable and/or Satellite** | $ 75.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 600.00 |
| 5. Clothing | $ 35.00 |
| 6. Laundry and dry cleaning | $ 40.00 |
| 7. Medical and dental expenses | $ 50.00 |
| 8. Transportation (not including car payments) | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 0.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 150.82 |
| e. Other _____ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other  **Wife's Vehicle** | $ 430.00 |
| c. Other  **Wife's Loans, Medical Exp., Student Loan & Credit Cards** | $ 655.00 |
| 14. Alimony, maintenance, and support paid to others | $ 650.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  **Haircuts, Personal, Misc., Cigarettes, etc.** | $ 94.37 |
| Other _____ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 4,100.19 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **-NONE-**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 5,098.19 |
| b. Average monthly expenses from Line 18 above | $ 4,100.19 |
| c. Monthly net income (a. minus b.) | $ 998.00 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
****************************

IN RE: Timothy S. Hardy : Case No: 08-10334
:
Debtor(s) : Chapter 13

## CERTIFICATE

I, the undersigned, hereby certify that a true and correct copy of the foregoing "Verification of Amended Schedule I & Schedule J" has this day been served upon:

Timothy S. Hardy
12901 North MacArthur #41
Oklahoma City, OK 73142

Lucy G. Sikes
Chapter 13 Trustee
POB 1770
Shreveport, LA 71166
via ECF/electronic delivery

Office of the U.S. Trustee
Federal Building
300 Fannin Street, Ste. 3196
Shreveport, LA 71101

via ECF/electronic delivery

by placing same in the United States Mail, postage pre-paid.

Shreveport, LA, this 22nd day of May, 2009.

/s/ Jacklyn Freeman
_____
Jacklyn Freeman
Legal Assistant to Paul M. Cooke/ Jennifer L. Purnell